AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**Carlos A. Greene**
**PDID: xxx-xxx**
**DOB: xx/xx/85**

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____September 18, 2006_____ in _____WASHINGTON_____ county, in the _____ District of _____COLUMBIA_____ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Davis Industries Derringer .22 caliber handgun and ammunition.**

in violation of Title ___18___ United States Code, Section(s) _____922(g)(1)_____.

I further state that I am _____**DETECTIVE NETTIE WATTS**_____ and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

**Continued on the attached sheet and made a part hereof:**    ☒ Yes    ☐ No

_____
Signature of Complainant
**DETECTIVE NETTIE WATTS**
**UNITED STATES CAPITOL POLICE**

**Sworn to before me and subscribed in my presence,**

_____ at _____**Washington, D.C.**_____
**Date**                                                                                 **City and State**

_____                                    _____
**Name & Title of Judicial Officer**                               **Signature of Judicial Officer**