## **STATEMENT OF FACTS**

On September 18, 2006, at approximately 7:45 am, defendant Carlos A. Greene rammed a Capitol Police official vehicle with a rental vehicle and unlawfully drove onto the grounds of the U.S. Capitol. In so doing, defendant then crashed into a concrete barrier and bailed out of the car. He then ran into a construction entrance on the east side of the Rotunda. Defendant ran up a spiral staircase to the second floor, breaching the security of the building and ran down to the basement level of the U.S. Capitol. United States Capitol police stopped defendant and placed him under arrest. In a search incident to arrest, officers recovered from defendant's pocket a loaded Davis Industries Derringer .22 caliber handgun. This two-shot gun was loaded with one spent round and one live round of .22 cal ammunition. Police also recovered from his person several white rock-like substances that field tested positive for crack cocaine. To the best of the undersigned officer's knowledge, defendant Carlos A. Greene has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the D.C. Superior Court Criminal Case No. 2004-FEL6383-04. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. She wrote her initials on the computer print-outs that she reviewed, so that she would recognize it again in the future. To the best of this officer's knowledge, there are no Davis Industries Derringer .22 cal handguns nor ammunition manufactured in the District of Columbia.

_____
DETECTIVE NETTIE WATTS
U.S. CAPITOL POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF SEPTEMBER 2006.

_____
U.S. MAGISTRATE JUDGE